■ In the Matter of Frank Egitto, Appellant, against Paul D. McGinnis, as Commissioner of the Department of Correction of the State of New York, et al., Respondents.— Motion for leave to prosecute appeal as a poor person, granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Peter E. Low, Respondent, v. Theodore Garrand, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of Edward J. Sanders, Deceased. Royal B. Kuykendall, Appellant. S. Evangeline Sanders, as Executrix, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Florence R. Colasuonno et al., Appellants, v. Municipal Housing Authority of Schenectady, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 15, 1960 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Edward Bogen, Respondent, against J. Vernel Jackson, as Warden of Clinton Prison, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Frank Castrovilla, Respondent, against Benjamin Di Corrado, Doing Business as Di Corrado Construction Company, et al., Appellants, and Nicholas Cusenza et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 15, 1960 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Louis Ponitz, Respondent, against J. Vernel Jackson, as Former Warden of Clinton Prison, Appellant.— Motion to dismiss appeal granted, by default. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Arthur Brooker, Appellant, v. Victor Orsell, Sr., et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Gerald Brooker, Jr., Appellant, v. Victor Orsell, Sr., et al., Respondents. Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. Dorothy De Rosa, Doing Busines as Plaza Limousine Service, Appellant.— Motion to dismiss appeal granted, without costs. Cross motion for extension of time denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.